IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN STRACK,

      Petitioner,                    No. CIV S-07-1021 RRB KJM P

  vs.

RICHARD SUBIA, Warden, et al.,

      Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In his application, petitioner asserts his right to due process of law arising under the Fourteenth Amendment was violated when, during a parole hearing, members of the parole board considered information from petitioner's California Department of Corrections and Rehabilitation file that had been obtained from a confidential informant.

        While petitioner has certain Constitutional rights during parole proceedings, McQuillion v. Duncan, 306 F.3d 895 (9th Cir. 2002), petitioner does not as he suggests have an absolute right to have the parole board not consider information obtained from a confidential source. In any case, this court can only grant a writ of habeas corpus on the ground that he is in custody in violation of the Constitution. 28 U.S.C. § 2254. Petitioner fails to present anything

1

suggesting that the parole board's consideration of material obtained from a confidential source has resulted in petitioner being in custody in violation of the Constitution or even being denied parole.[1]  For these reasons, the court will recommend that this action be summarily dismissed. See Rules Governing § 2254 Cases, Rule 4.

In accordance with the above, IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 26, 2007.

U.S. MAGISTRATE JUDGE

1/mp
stra1021.frs(6.14.07)

---

[1]  Petitioner has attached the parole board's decision to his habeas application.  The parole board cited several reasons for denying petitioner parole and none of those decisions appear based on information obtained from a confidential informant.

2